B 2100A (Form 2100A) (12/15)

# UNITED STATES BANKRUPTCY COURT

## Western District of Missouri

In re Edward Carlton Dallas                    ,          Case No.  15-40747

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| | |
|---|---|
| Home Point Financial Corporation | Stonegate Mortgage Corporation |
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:
Home Point Financial Corporation
4849 Greenville Avenue, Suite 800
Dallas, TX 75206
Phone: _____
Last Four Digits of Acct #: _____7300_____

Court Claim # (if known): _____9-1_____
Amount of Claim:      $178,638.83
Date Claim Filed:      06/29/2015

Phone: _____
Last Four Digits of Acct. #: _____7300_____

Name and Address where transferee payments should be sent (if different from above):
Home Point Financial Corporation
PO Box 790309
St. Louis, MO 63179
Phone: _____
Last Four Digits of Acct #:_____7300_____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ D. Anthony Sottile          Date: _____7/21/2017_____
    Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.